FRANCES L. SWEENEY, *ADMR. AD PROS., ETC., ET AL.*, PLAINTIFFS-PETITIONERS, v. PENNSYLVANIA RAILROAD COMPANY, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Joseph A. Manzione* and *Mr. Stanley A. Fink* for the petitioners.

*Messrs. Burton, Quackenboss, Axelrod & Rubenson; Messrs. Harkavy & Lieb,* and *Mr. Richard S. Semel* for the repondents.

November 28, 1967. Denied.

NEW YORK SASH AND DOOR CO., INC., PLAINTIFF-PETITIONER, v. DAR-EL CONSTRUCTION CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Gurtman & Shomer* for the petitioner.

*Mr. Edward Freint* for the respondents.

November 28, 1967. Denied.

FLORENCE MOORE, PLAINTIFF-RESPONDENT, v. THEODORE KAPUSCINSKI, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Budd, Larner, Kent & Gross* for the petitioners

*Mr. Charles J. Farley, Jr.* for the respondent.

November 28, 1967. Denied.